## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Violation Nos. 4617437 and 4617438

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RACHEL R. JACKSON,

      Defendant.

---

## ORDER GRANTING SUBSTITUTION OF COUNSEL

---

THIS CAUSE having come before the Court upon counsels' motion for substitution of counsel,

IT IS HEREBY ORDERED that the motion is GRANTED, and Michael J. Harris is now attorney of record and Mark S. Hanchey is withdrawn as attorney of record for the Defendant.

DATED this 19th day of August, 2015.

BY THE COURT

United States Magistrate Judge