# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.
Violation Notice 4617437; 4617438

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RACHEL R. JACKSON,

    Defendant.

## ORDER TO PRODUCE DISCOVERY AND WITNESS' STATEMENTS

THIS CAUSE having come before the Court on Defendant Rachel R. Jackson's request for discovery and motion to order the prosecution to produce all witness' statements; it is hereby ordered that the request and motion are GRANTED.

The prosecution shall provide discovery under Rule 16(a) as follows:

(A) *Defendant's Oral Statement*: the substance of any relevant oral statement made by the defendant, before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.

(B) *Defendant's Written or Recorded Statement*: permission to inspect and to copy (i) any relevant written or recorded statement by the defendant within the government's possession, custody, or control; and which the attorney for the government knows-or through due diligence could know-that the statement exists; (ii) the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent; and (iii) the defendant's recorded testimony before a grand jury relating to the charged offense.

(C) *Organizational Defendant*: if the defendant is an organization, any statement described in Rule 16(a)(1)(A) and (B) if the government contends that the person making the statement: (i) was legally able to bind the defendant regarding the subject of the statement because of that person's position as the defendant's director, officer, employee, or agent; or (ii) was personally involved in the alleged conduct constituting the offense and was legally able to bind the defendant regarding that conduct because of that person's position as the defendant's director, officer, employee, or agent.

(D) *Defendant's Prior Record*: a copy of the defendant's prior criminal record that is within the government's possession, custody, or control if the attorney for the government knows-or through due diligence could know-that the record exists.

(E) *Documents and Objects*: permission to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and: (i) the item is material to preparing the defense; (ii) the government intends to use the item in its case-in-chief at trial; or (iii) the item was obtained from or belongs to the defendant.

(F) *Reports of Examinations and Tests*: permission to inspect and to copy or photograph the results or reports of any physical or mental examination and of any scientific test or experiment if: (i) the item is within the government's possession, custody, or control; (ii) the attorney for the government knows-or through due diligence could know-that the item exists; and (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

(G) *Expert Witnesses*: a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial describing

2

the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications. If the government requests discovery under subdivision (b)(1)(C)(ii) and the defendant complies, a written summary of testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial on the issue of the defendant's mental condition describing the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications.

The prosecution shall produce all witness' statements under Rule 26.2 as follows:

*Witness' Statements*:   the entirety of any statement of witnesses that is in the government's possession and that relates to the subject matter of the witness' testimony.

DATED this __2nd__ day of __September__, 2015.

BY THE COURT

_____
United States Judge/Magistrate Judge