# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

RACHEL R. JACKSON

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** — Short Form

CITATION NUMBER: 15-mj-7013

ATTY: MICHAEL HARRIS-RETAINED

**THE DEFENDANT:** Pleaded guilty to count(s) 9 of the Information (s).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1382 | ENTERING MILITARY, NAVAL OR COAST GUARD PROPERTY | 5/2/2014 | 9 |

Defendant sentenced to: four (4) days incarceration; one (1) year unsupervised probation; must complete forty-eight (48) hours of community service through Front Range Community, Inc.; must remain in counseling for six (6) months and provide monthly proof of attendance; must pay fee of $10 to be paid by 12/2/2016, pay to the U.S. District Court Finance Office at 901 19th Street, Denver, CO. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $0.00 | $0.00 |

12/2/2015
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer
Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Date

**DEFENDANT:  RACHEL R. JACKSON**          **CITATION  NUMBER: 15-MJ-7013-MJW**

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**4 DAYS JAIL**

Defendant sentenced to: four (4) days incarceration; one (1) year unsupervised probation; must complete forty-eight (48) hours of community service through Front Range Community, Inc.; must remain in counseling for six (6) months and provide monthly proof of attendance; must pay fee of $10 to be paid by 12/2/2016, pay to the U.S. District Court Finance Office at 901 19th Street, Denver, CO. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

[X] The defendant shall surrender to the United States Marshal in Colorado Springs on: 1/6/2016 at 10:00 am

### RETURN
I have executed this judgment as follows:

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____

_____
DEPUTY UNITED STATES MARSHAL